# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZIEGER | ) |
| | ) |
| Plaintiff, | )   C.A. No. |
| | ) |
| vs. | ) |
| | ) |
| J.A. CAMBECE LAW OFFICE | ) |
| and AARON COX, ESQUIRE | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒   The nongovernmental corporate party, J. A. Cambece Law Office, P.C._, in the above listed civil action does not have any publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party _____ in the above listed civil action has the following parent corporation(s) that owns 10% or more of its stock:


 5/9/14                                                           Signature: /s/ Jonathan J. Greystone
Date                                                                                Jonathan J. Greystone, Esquire

Counsel for:  Defendant, J.A. Cambece Law Office, P.C.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A Nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
  (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
    (1)   file the Rule 7.1 (a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2)   promptly file a supplemental statement upon any change in the information that the statement requires.

1889466-1                                                         1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZIEGER | ) |
| | ) |
| Plaintiff, | )   C.A. No. |
| | ) |
| vs. | ) |
| | ) |
| J.A. CAMBECE LAW OFFICE | ) |
| and AARON COX, ESQUIRE | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served upon the individual listed below via U.S. Regular Mail, postage prepaid on this 9th day of May, 2014 to:

Pro Se Plaintiff, John Zieger
369 Kings Highway
Salem, NJ 08079

Dated: May 9, 2014        By:    /s/ Jonathan J. Greystone
                                 Jonathan J. Greystone, Esquire

                                 Attorney for Defendant,
                                 J.A. Cambece Law Office, P.C.