NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
                                      :

JOHN ZIEGER,                         :

                      :

            Plaintiff,      :      Civil No. 14-2965 (RBK/JS)

                      :

            v.              :      **ORDER**

                      :

J.A. CAMBECE LAW OFFICE, P.C.  :
et al.,                            :

                      :

            Defendants.    :

_____ :

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon the letter filed by Plaintiff John

Zieger (Doc. No. 6) on June 20, 2014, to request an extension of time to respond to the

Defendants' Motion to Dismiss; and

      **IT APPEARING TO THE COURT** that no opposition papers have been filed by

Plaintiff to date;

      **IT IS HEREBY ORDERED** that Plaintiff shall file opposition papers to Defendants'

Motion to Dismiss by September 29, 2014; and

**IT IS HEREBY FURTHER ORDERED** that Defendants shall file their reply by

October 6, 2014.

Dated: 9/15/2014                                    s/ Robert B. Kugler____
                                                    ROBERT B. KUGLER
                                                    United States District Judge