```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| JOHN ZIEGER,<br><br>             Plaintiff,<br><br>    v.<br><br>J.A. CAMBECE LAW OFFICE, P.C.,<br>et al.,<br><br>             Defendants. | Civil No. 14-2965 (RBK/JS) |

## SCHEDULING ORDER

**IT IS** this **28th** day of **October, 2014** hereby **ORDERED:**

1. The Court has scheduled oral argument on plaintiff's "Motion to Amend" [Doc. No. 8] on **November 14, 2014 at 11:30 a.m.**, in Courtroom 3C.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                s/Joel Schneider
                                JOEL SCHNEIDER
                                United States Magistrate Judge