<u>NOT FOR PUBLICATION</u>                                                                                          (Doc. Nos. 3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JOHN ZIEGER | : |
| Plaintiff, | : Civil No. 14-2965 (RBK/JS) |
| v. | : **ORDER** |
| J.A. CAMBECE LAW OFFICE, P.C. et al., | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon the motion of Defendants J.A. Cambece Law Office, P.C. and Aaron Cox, Esq. (collectively "Defendants") to dismiss the Complaint of John Zieger ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 3); and

      **THE COURT OBSERVING** that on May 30, 2014, Plaintiff filed his First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1) (Doc. No. 4); and

      **THE COURT FURTHER OBSERVING** that on June 5, 2014, Defendant filed a motion to dismiss the First Amended Complaint (Doc. No. 5); and

      **THE COURT FURTHER OBSERVING** that Defendant's original motion to dismiss is moot, as it seeks dismissal of the original Complaint, which is no longer operative for the purposes of this case;

2

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss (Doc. No. 3) is **DISMISSED AS MOOT**.


Dated:  11/5/2014                                                              s/ Robert B. Kugler
                                                                               ROBERT B. KUGLER
                                                                               United States District Judge